U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Regina Thomas

v.

Unknown Chicago Police officers, et. al.

07CV6596
JUDGE COAR
MAG.JUDGE SCHENKIER

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Regina Thomas

FILED
NOV 21 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| Field | Value |
|---|---|
| NAME (Type or print) | Kevin Peters |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Kevin Peters |
| FIRM | |
| STREET ADDRESS | 407 S. Dearborn, Suite 1675 |
| CITY/STATE/ZIP | Chicago, IL 60605 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 06184460 |
| TELEPHONE NUMBER | (312)697-0022 |

| Question | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ✓    APPOINTED COUNSEL ☐