UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case  07 C 6596 |
| Regina Thomas. | |
| Plaintiff | |
| vs. | |
| | Judge Coar |
| | Magistrate Schenkier |
| Unknown Chicago Police Officers, et al., | |
| Defendants | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Brian Johnson Star 20948

| | |
|---|---|
| SIGNATURE | /s/ Thomas J. Platt |
| FIRM | City of Chicago, Department of Law |
| STREET ADDRESS | 30 N. LaSalle Street - Suite 1400 |
| CITY/STATE/ZIP | Chicago, Illinois 60602 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  06181260 | TELEPHONE NUMBER  312.744.4833 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X    NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES X    NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES **X**   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES **X** NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |