IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Regina Thomas, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 07 C 6596 |
| | ) | |
| Unknown Chicago Police Officers, | ) | Judge Coar |
| Det. Brian Johnson, Star 20948 and the | ) | |
| City of Chicagoet. al. | ) | Magistrate Schenkier |
| | ) | |

**AGREED MOTION OF DEFENDANTS TO
EXTEND TIME TO FILE RESPONSIVE PLEADINGS**

Defendant Brian Johnson by his attorney, Thomas J. Platt, Assistant Corporation Counsel, and City of Chicago, by its attorney Mara S. Georges, Corporation Counsel City of Chicago, Assistant Corporation Counsel for their Agreed Motion to Extend the Time to Answer or Plead to the Complaint in this cause through January 28, 2008, state as follows:

1. This matter is a case under 42 U.S.C. §1983 alleging illegal search and detention against Brian Johnson and a claim against co-defendant City of Chicago for indemnification.

2. The named individual officer defendant was served on December 20, 2007. Counsel for defendant has not had an opportunity to meet with the officer or obtain the necessary police records to prepare a responsive pleading.

3. Defendants request through January 28, 2008 to file their responsive pleading to the complaint. Plaintiff's counsel has agreed to this motion.

WHEREFORE, Defendant Brian Johnson and City of Chicago request that this court enter an order allowing defendants through January 28, 2008 to file their responsive pleading to the complaint in this cause.

                                                        Respectfully submitted,

                                                        /s/ Thomas J. Platt
                                                        Chief Assistant Corporation Counsel
                                                        Attorney for Defendants Brian Johnson
                                                        and City of Chicago

30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-4833
Atty. No. 06181260                                    December 28, 2007