IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Regina Thomas, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 07 C 6596 |
| | ) | |
| Unknown Chicago Police Officers, | ) | Judge Coar |
| Det. Brian Johnson, Star 20948 and the | ) | |
| City of Chicago et. al. | ) | Magistrate Schenkier |
| | ) | |

**NOTICE OF AGREED MOTION**

To:   Thomas Peters
      Kevin Peters
      407 S. Dearborn Street, Suite 1675
      Chicago, Illinois 60605

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendants' City and Brian Johnson's Motion to Extend Time to file Responsive Pleadings.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge David Coar, or before such other Judge sitting in his place or stead, on January 9, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, and then and there present the above stated motion.

**DATED** at Chicago, Illinois this December 28, 2007.

Respectfully submitted,

/s/ Thomas J. Platt
Assistant Corporation Counsel

30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-4833
 Atty no.   06181260

**CERTIFICATE OF SERVICE**

      I hereby certify that I have caused true and correct copies of the above and foregoing Defendants' Motion to Extend Time to File Responsive Pleadings to be electronically filed and served pursuant to the Rules of the Northern District of Illinois to the persons named in the foregoing Notice at the addresses therein shown, on December 28, 2007.

                                             /s/ Thomas J. Platt
                                             Assistant Corporation Counsel