**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Regina Thomas

                              Plaintiff,

v.                                           Case No.: 1:07–cv–06596
                                                          Honorable David H. Coar

Unknown Chicago Police Officers, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 7, 2008:

      MINUTE entry before Judge David H. Coar :MOTION by Defendants Brain Johnson, The City of Chicago for extension of time to file answer [12] is granted. Defendants to answer or plead on or before 1/28/2008. Parties need not appear on the noticed motion date of 1/8/2008. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.