# United States District Court
### For The Northern District of Illinois
### Eastern Division

**Regina Thomas**
    **Plaintiff**

                                                        **Case Number: 07 C 6596**

    **-v-**

**Unknown Chicago Police officers, et. al.**           **Judge: Coar**
    **Defendant**

## REPORT OF PARTIES' PLANNING CONFERENCE

Pursuant to this court's order, Kevin Peters representing plaintiff(s), and Thomas Platt representing the defendant(s), met on February 1st pursuant to Rule 26(f) to discuss:

    (1) the nature and basis of their claims and defenses;

    (2) the possibilities for a prompt settlement or resolution of this case;

    (3) to make or arrange for the disclosures required under Rule 26(a)(1); and

    (4) to develop a discovery plan.

To that end, the parties propose the following:

    A. The issues in this case may be simplified by taking the following steps:

        1. None

        2.

        3.

        4.

        5.

    B. The following modifications to the discovery requirements of the Federal Rules of Civil Procedure or Local Rules should be made in order to expedite discovery:

1.

2.

3.

4.

5.

C.  Discovery will be needed on the following subjects:

1.  Identity of the officers Plaintiff alleges illegally searched her residence.

2.  Whether any Chicago police officers had probable cause to search Plaintiffs residence.

3.  The nature and extent of plaintiffs injuries/damages.

4.  The identity of plaintiffs witnesses.

5.  The identity of the Unknown Police.

D.  Discovery should not be conducted in phases.

E.  Discovery is likely to be contentious and management of discovery should be referred to the Magistrate Judge. No

F.  The parties do not consent to this matter being referred to the Magistrate Judge for final disposition.

G.  The parties have discussed the possibility of alternative dispute resolution and concluded: At this time it would not be helpful.

H.  The parties have not discussed settlement or other resolution of this matter.

I.  The Court should consider the following methods of expediting the resolution of this matter: None at this time.

S/ Kevin Peters<br>
Attorney for Plaintiff<br>
Kevin Peters

                                      S/ Thomas Platt
                                  Attorney for Defendants
                                        Thomas Platt

*Judge Coar*
United States District Judge