# United States District Court
### For The Northern District of Illinois
### Eastern Division

**Regina Thomas**
    **Plaintiff**

                                                    Case Number: 07 C 6596

      -v-

**Unknown Chicago Police officers, et. al.**            Judge: Coar
    **Defendant**

## PROPOSED SCHEDULING ORDER

**1. Discovery**

The following time limits and deadlines shall be applicable.

    A.  All disclosures required by Rule 26(a)(1) shall be made on or before February 28, 2008.

    B.  Any amendments to pleadings or actions to join other parties shall be filed on or before May 1, 2008.

    (It is recommended that any joinder or amendments be made early in the discovery process so as to avoid the need to prolong discovery as to new parties or new issues.)

    C.  The cutoff of fact discovery is August 31, 2008.

    D.  The parties shall disclose expert testimony pursuant to Rule 26(a)(2) on or before July 1, 2008.

    E.  The parties may depose the other side's expert at any time prior to August 31, 2008.

    F.  The parties shall disclose any rebuttal expert pursuant to Rule 26(a)(2)(c) at any time prior to _____.  Plaintiff does not anticipate rebuttal experts.

    G.  The parties shall have until _____ to depose the opposing party's rebuttal expert.

**2. Motions**

Any dispositive motions to be filed on or before September 30, 2008.

### 3. Final Pretrial Order and Conference

The final pretrial order shall be field on or before December 30, 2008.

The final pretrial conference will be held on _____ at _____.m.

### 4. Trial

Trial is set in this matter on _____ at 10:00 a.m.

### 5. Status Hearings

A further status hearing/preliminary pretrial conference should be held on March 31, 2008.


*Judge Coar*
United States District Judge

Dated: