UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case:   07 C 6596 |

REGINA THOMAS, Plaintiff          Hon. Judge COAR

v.

UNKNOWN CHICAGO POLICE OFFICERS, DET. BRIAN JOHNSON, et al, Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Detective Brian Johnson

| | |
|---|---|
| SIGNATURE      s/ Erica A. Hokens | |
| FIRM    City of Chicago Department of Law | |
| STREET ADDRESS    30 N. La Salle Street, Suite 1640 | |
| CITY/STATE/ZIP    Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)    6271240 | TELEPHONE NUMBER    (312) 742-6146 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES        NO  X | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO  X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES        NO X | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES        NO    X | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.    RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |