IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

| | |
|---|---|
| **REGINA THOMAS,** | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 07 C 6596 |
| | ) |
| **SGT. S. ROTKOVICH #1504, OFFICERS** | ) |
| **J. BOTICH #4192, G. DAVROS #14505,** | ) |
| **R. ARROYO #14936, R. BIALOTA #15213,** | ) Jury Demand |
| **J. LUNA #16327, B. HALLORAN #16360,** | ) |
| **E. MARAS #4586, DET. BRIAN JOHNSON** | ) Judge Coar |
| **#20948, and THE CITY OF** | ) |
| **CHICAGO.** | ) Magistrate Judge Schenkier |
| Defendants. | ) |

_____

### MOTION TO AMEND COMPLAINT

Now comes the Plaintiff, by and through her attorneys Thomas Peters and Kevin Peters, and respectfully asks this court to allow her to amend the complaint. In support thereof the Plaintiff states:

1. This case was originally filed on November 21, 2007.

2. The original complaint named a specific Detective and "Other Unknown Chicago Police Officers."

3. Counsel for the originally named Detective recently tendered numerous Rule 26(a)(1) disclosures.

4. Those disclosures listed other Chicago police officers who participated in the

search of Plaintiff's residence and the arrest of the Plaintiff.

    5. The attached Amended Complaint does not alter the factual allegations with respect to the events that are at issue. However, the proposed Amended Complaint includes the names of the previously "Unknown Chicago police officers."

    WHEREFORE, Plaintiff prays this Honorable Court will grant her permission to amend her complaint naming eight additional Chicago police officers as defendants.

Respectfully submitted,

S/ Kevin Peters
THOMAS PETERS
KEVIN PETERS
Attorneys for Plaintiff
407 S. Dearborn, Suite 1675
Chicago, Illinois 60605
312-697-0022