IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____
_____

| | |
|---|---|
| **REGINA THOMAS,** | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No.  07 C 6596 |
| | ) |
| **SGT. S. ROTKOVICH #1504, OFFICERS** | ) |
| **J. BOTICH #4192, G. DAVROS #14505,** | ) |
| **R. ARROYO #14936, R. BIALOTA #15213,** | ) Jury Demand |
| **J. LUNA #16327, B. HALLORAN #16360,** | ) |
| **E. MARAS #4586, DET. BRIAN JOHNSON** | ) Judge Coar |
| **#20948, and THE CITY OF** | ) |
| **CHICAGO.** | ) Magistrate Judge Schenkier |
| Defendants. | ) |

_____
_____

## NOTICE OF MOTION

TO:   Thomas Platt                              David Seery
      Assistant Corporation Counsel             Chief Assistant Corporation Counsel
      30 N. LaSalle St., Room 1400              30 N. LaSalle St., Room 1020
      Chicago, IL 60602                         Chicago, IL 60602

   PLEASE TAKE NOTICE that on Tuesday, April 8, 2008, I shall appear before the Honorable Judge David H. Coar, in Room 1419, at 219 S. Dearborn, Chicago, Illinois, at 9:45 a.m., and then and there present the attached ***MOTION TO AMEND COMPLAINT.***

                                          S/ Kevin Peters
                                          THOMAS PETERS
                                          KEVIN PETERS
                                          ATTORNEY FOR PLAINTIFFS
                                          407 S. Dearborn, Suite 1675
                                          Chicago, IL 60605
                                          3l2-697-0022

1

**CERTIFICATE OF ELECTRONIC SERVICE**

      Pursuant to Local Rule 5.9, I hereby certify that I have caused to be filed and served in accordance with the United States District Court for the Northern District of Illinois, Eastern Division's General Order on Electronic Case Filing a copy of the aforementioned documents to counsel listed above on this 26th day of March, 2008.

                                                S/ Kevin Peters