

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**F I L E D**
Apr 28, 2008
APR 2 8 2008

Judge David H. Coar
United States District Court

| | | |
|---|---|---|
| REGINA THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07 C 6596 |
| | ) | |
| SGT. S. ROTKOVICH #1504, OFFICERS J. | ) | |
| BOTICH #4192, g. DAVROS #14505, R. | ) | Judge Coar |
| ARROYO, #14936, R. BIALOTA #15213, J. | ) | |
| LUNA #16327, B. HALLORAN #16360, E | ) | Magistrate Judge Schenkier |
| MARAS #4586, DET. BRIAN JOHNSON #20948 | ) | |
| and the | ) | |
| | ) | |
| CITY OF CHICAGO, | | |
| | | |
| Defendants. | | |

### STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

Kevin Peters
Attorney for plaintiff,
Regina Thomas
407 S. Dearborn
Suite 1675
Chicago, Illinois  60605
(312) 697-0022
Attorney No. 618 4460
DATE:  4/18/08

Attorney No. 06181260

Respectfully submitted,
CITY OF CHICAGO a Municipal
Corporation

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

Thomas J. Platt
Chief Assistant Corporation Counsel
Attorney for defendants, City of Chicago,
Sergeant S. Rotkovich, Officers J. Botich, G.
Davros, R. Arroyo, R. Bialota, J. Luna, B.
Halloran, E. Maras and Detective Brian
Johnson
30 North LaSalle Street, Suite 1400
Chicago, Illinois  60602
(312) 744-4833
Date:  4/25/08

8