

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REGINA THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 07 C 6596 |
| ) | |
| SGT. S. ROTKOVICH #1504, OFFICERS J. ) | Jury Demand |
| BOTICH #4192, g. DAVROS #14505, R. ) | |
| ARROYO, #14936 R. BIALOTA #15213, J. ) | Judge Coar |
| LUNA #16327, B. HALLORAN #16360, E ) | |
| MARAS #4586, DET. BRIAN JOHNSON ) | Magistrate Judge Schenkier |
| #20948 and the ) | |
| ) | |
| CITY OF CHICAGO, ) | |
| Defendants. | |

### AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Regina Thomas, by one of her attorneys, Kevin Peters, and defendants, Sergeant S. Rotkovich, Star #1504, Officers J. Botich, Star #4192. G. Davros, #14505, R. Arroyo, #14936, R. Bialota, # 15213, J. Luna, #16327, B. Halloran, #16360, E. Maras, #4586 and Detective Brian Johnson, #20948, by their attorney, Thomas J. Platt, and defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiff, Regina Thomas, against defendants, City of Chicago, Sergeant S. Rotkovich, Star #1504, Officers J. Botich, Star #4192. G. Davros, #14505, R. Arroyo, #14936, R. Bialota, # 15213, J. Luna, #16327, B. Halloran, #16360, E. Maras, #4586 and Detective Brian Johnson, #20948, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

Thomas J. Platt  
Assistant Corporation Counsel  
30 North LaSalle Street  
Suite 1400  
Chicago, Illinois 60602  
(312) 744-_____  
Attorney No. _____

ENTER: _____  
The Honorable David H. Coar  
United States District Judge

DATED: May 7, 2008

7